# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Dyanna Bottoms, | ) |
| Plaintiff, | ) Civil Action File No.: |
| | ) 1:21-cv-01209-MLB |
| v. | ) |
| H& R Accounts, Inc., | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Dyanna Bottoms, by and through undersigned counsel, hereby dismisses this action against Defendant **with prejudice** pursuant to FED. R. CIV. P. 41(a)(1)(A)(i).

Respectfully submitted this 29th day of September, 2021.

**BERRY & ASSOCIATES**
*/s/ Matthew Berry*
Matthew Berry, GA Bar No.: 055663
mberry@mattberry.com
Telephone: (404) 235-3334

*/s/ Adam Klein*
Adam Klein, GA Bar No.: 425032
aklein@mattberry.com
Telephone: (770) 766-1230
2751 Buford Highway, Suite 600
Atlanta, GA 30324
*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

     I hereby certify that on September 29, 2021, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case.

**BERRY & ASSOCIATES**

*/s/ Matthew Berry*
Matthew Berry, GA Bar No.: 055663
mberry@mattberry.com
Telephone: (404) 235-3334

2751 Buford Highway, Suite 600
Atlanta, GA 30324

*Counsel for Plaintiff*